**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEVEN CUSME DE LA CRUZ,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. EDCV 26-3471 DOC (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the R. & R. has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) the Petition is GRANTED;

(2) Respondents are ORDERED to immediately release Petitioner **Steven Cusme De La Cruz, A Number: 246544646**, and restore the conditions of release under which he lived before his June 2026 re-detention;

(3) Respondents are ORDERED to file a notice of compliance advising how they complied with the District Court's Order within seven days; and

(4) Within 30 days after entry of judgment, Petitioner may file a motion for attorney's fees pursuant to the Equal Access to Justice Act.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and Respondents.

DATED: August 25, 2026

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE