JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN CUSME DE LA CRUZ,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. EDCV 26-3471 DOC (PVC)<br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 25, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE